**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **CARLTON TATUM,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **Case No.: 4:25-cv-00619-O-BP** |
| **BETTER DEBT SOLUTIONS LLC,** a California Limited Liability | § | |
| **Defendant.** | § | |

**NOTICE OF VOLUTARY DISMISSAL OF CLAIMS**

Plaintiff Carlton Tatum files the Notice of Voluntary Dismissal pursuant to Fed. R. Civ P. 41(a)(1)(A)(i). Plaintiff's claims against Defendant Better Debt Solutions LLC are dismissed **with prejudice.**

Dated: September 17, 2025

Respectfully submitted,

/s/ Carlton Tatum

Carlton Tatum
Plaintiff, Pro Se
1804 Deer Crossing Dr.
Arlington, Texas 76002
832-316-8319
carltontatumm@gmail.com