**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **CARLTON TATUM,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BETTER DEBT SOLUTIONS LLC,** a California Limited Liability<br><br>**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No.: 4:25-cv-00619-O-BP** |

**PROPOSED ORDER**

Upon consideration of Plaintiff's Motion to Dismiss Defendant Better Debt Solutions LLC, it is this,

______ day of ________________, 2025,

**ORDERED** that Plaintiff's Motion to Dismiss **with** prejudice against Defendant Better Debt Solutions LLC, be and is hereby

**GRANTED:**

**SO ORDERED**

______________________________________

**UNITED STATES DISTRICT JUDGE**
**MAGISTRATE JUDGE HAL R. RAY, JR.**